EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2005 TSPR 158___ |
| Carlos Roca Rosselli | 165 DPR ____ |

Número del Caso: CP-2003-15

Fecha: 27 de octubre de 2005

Abogado del Peticionario:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos Roca Rosselli                    CP-2003-15

RESOLUCIÓN

San Juan, Puerto Rico, a 27 de octubre de 2005.

Examinada la "Moción solicitando reinstalación", presentada por el Sr. Carlos Roca Rosselli, se autoriza la reinstalación inmediata de éste al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo